**In the Matter of Susan G. KUIS.**

**No. 72 DB 2001 (No. 26 RST 2001).**

Supreme Court of Pennsylvania.

Sept. 6, 2001.

PETITION FOR REINSTATEMENT
FROM INACTIVE STATUS

*O R D E R*

PER CURIAM:

AND NOW, this 6th day of September, 2001, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated August 7, 2001, are approved and IT IS ORDERED that SUSAN G. KUIS, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner**

v.

**Joel Aaron KLEIN, Respondent.**

**No. 700 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 24, 2001.

*O R D E R*

PER CURIAM:

AND NOW, this 24th day of September, 2001, there having been filed with this Court by Joel Aaron Klein his verified Statement of Resignation dated August 16, 2001, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Joel Aaron Klein be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.